USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9-25-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMEROCAP LLC,

                Plaintiff,

v.

ZYTA PARTNERS S.A.S. *et al.*,

                Defendants.

20-CV-1295 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Court has been advised that the parties have reached a settlement in this action. No later than October 2, 2020, the parties shall file a joint letter, updating the Court as to the status of their settlement agreement and proposing next steps to the extent necessary.

SO ORDERED.

Dated:    September 25, 2020
            New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge